**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MARYLAND CASUALTY COMPANY,
a Maryland corporation,

    Plaintiff,

vs.                                                  Case No. 3:12-cv-121-J-34MCR

SHREEJEE NI PEDHI'S, INC. d/b/a
BOMBAY LIQUORS, a Florida corporation,
TERRY L. CASE and ELIZABETH R.
CASE, personal representatives of the
estate of CATHERINE E. CASE,

    Defendant.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on Magistrate Judge Monte C. Richardson's Report and Recommendation (Doc. No. 48; Report), entered on June 27, 2012. In the Report, Magistrate Judge Richardson recommends that Plaintiff's Motion to Strike Defendant's Affirmative Defenses and Dismiss its Amended Counterclaim (Doc. No. 30) should be denied, in part, and granted, in part. No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. 636(b)(1). However, the district court must review legal conclusions de novo.

See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. Magistrate Judge Richardson's Report and Recommendation (Doc. No. 48) is **ADOPTED** by the Court.

2. Plaintiff's Motion To Strike Defendant's Affirmative Defenses and Dismiss its Amended Counterclaim (Doc. 30) is **GRANTED, in part, and DENIED, in part**.

    A. Plaintiff's Motion to Strike Defendant's Affirmative Defenses is **DENIED**.

    B. With regard to Counts I and II, Plaintiff's Motion to Dismiss Defendant's Amended Counterclaim is **DENIED**.

    C. With regard to Count III, Plaintiff's Motion to Dismiss Defendant's Amended Counterclaim is **GRANTED**.

Case 3:12-cv-00121-MMH-MCR   Document 57   Filed 09/12/12   Page 3 of 3 PageID 931

D. Count III of Defendant's Amended Counterclaim is **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Jacksonville, Florida, this 12th day of September, 2012.

*[signature: Marcia Morales Howard]*
MARCIA MORALES HOWARD
United States District Judge

i19

Copies to:

Counsel of Record

The Honorable Monte C. Richardson,
United States Magistrate Judge

-3-