**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MARYLAND CASUALTY COMPANY,
a Maryland corporation,

    Plaintiff, Counter-Defendant,

vs.                                          Case No. 3:12-cv-121-J-34MCR

SHREEJEE NI PEDHI'S, INC. d/b/a
BOMBAY LIQUORS, a Florida corporation,
TERRY L. CASE and ELIZABETH R. CASE,
personal representatives of the estate of
CATHERINE E. CASE,

        Defendants, Counter-Plaintiffs,
        Third Party Plaintiff,

vs.

LABRATO INSURANCE & BONDING, INC.,

        Third Party Defendant.
_____/

**ORDER**

**THIS CAUSE** is before the Court on Magistrate Judge Monte C. Richardson's Report and Recommendation (Dkt. No. 89; Report), entered on January 8, 2013. In the Report, Magistrate Judge Richardson recommends that Plaintiff's Motion to Dismiss Bombay's Second Amended Counterclaim (Dkt. No. 70) be denied. See Report at 13. No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific

objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 89) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion to Dismiss Bombay's Second Amended Counterclaim (Dkt. No. 70) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida, this 6th day of February, 2013.

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

The Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of Record